September 23, 2010
Page 6

## OPT-IN CONSENT TO BECOME PARTY PLAINTIFF

By my signature below, I hereby authorize the filing and prosecution of the above Fair Labor Standards Act action in my name and on my behalf by the representative plaintiffs who brought this action against Walker Resources, Inc., Star Staffing Services, Hyatt Regency and/or their respective owners, managers, joint-employers and affiliates. I hereby designate the named plaintiffs who brought this case as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, and all other matters pertaining to this lawsuit. I understand that I will be represented by Pelton & Associates PC without prepayment of costs or attorneys' fees. I understand that if plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment first. I understand that my attorneys may petition the court for an award of fees and costs to be paid by defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the defendants or approximately 1/3 of my total settlement or judgment amount (including fees), whichever is greater.

_____  9/26/10                    ORLANDO GARCES
Signature                Date                        Printed Name