(212) 619-0728  
FAX: (212) 619-2288

# UNITED PROCESS SERVICE, INC.
THIRD FLOOR  
315 BROADWAY  
NEW YORK, NY 10007-1121

E-Mail: info@unitedprocess.com  
Web: www.unitedprocess.com

Date Received     10/19/10

PELTON & ASSOCIATES, P.C.  
ATTN: VICTORIA GLAVIN  
111 BROADWAY  
9TH FLOOR  
NEW YORK, NY 10006  
ATTN: BRENT E. PELTON

Client Code 7284

(212) 385-9700

**STEVEN C. AVERY**

Index # 10 CV 7894 (PATTERSON)

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK

Invoice #     **519079**  
Date Purchased     10/15/10  
120 Day     02/11/11

Plaintiff: HECTOR AVALOS, ETANO  
Defendant: STAR STAFFING, ETAL

Copies     Yes

Recipient(s):  
1) HYATT CORPORATION     SUMMONS AND COMPLAINT  
Location:  
Business: 71 SOUTH WACKER DRIVE  
12TH FL  
CHICAGO, IL 60606

Add. Address: SECRETARY OF STATE ALBANY, NY    (F)

SERVED Date: 1/25/10    Time: 1300    Serve Sec'y of State ____ Adv. Fee ____ Att. Sending ____

New Address _____

Served on: Cm    Title/Relationship ____

Desc: Sex: ___ Skin Color ___ Hair Color ___ Approx Age ___ Height ___ Weight ___

Remarks: **SERVE BY 11/02/10**  
**UPS PAID $40**

**REASON FOR RETURN**  
UNKNOWN ___ MOVED ___ NEED APARTMENT # ___  
NO SUCH NUMBER ___ NO LONGER EMPLOYED ___  
HELD AWAITING INSTRUCTIONS ___ OUT OF BUSINESS ___  
**POSTAL SEARCH** ___  
GOOD AS ADDRESSED ___ UNKNOWN AT ADDRESS GIVEN ___  
MOVED, NO FWD ADD ___ FORWARDING ORDER EXPIRED ___  
**MOTOR VEHICLE SEARCH**  
D.O.B, VIN OR PLATE # ___  
NO HIT ___ SAME ADDRESS ___ NEW ADDRESS ___

CODE S    CHARGE 33    CODE ___ CHARGE ___  
CODE FA    CHARGE 40    CODE ___ CHARGE ___  
CODE INF    CHARGE 7    CODE ___ CHARGE ___  
CODE ___ CHARGE ___ CODE ___ CHARGE ___

DO NOT PAY FROM THIS INVOICE. A STATEMENT WILL FOLLOW

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: PELTON & ASSOCIATES, P.C.
ATTN: VICTORIA GLAVIN

HECTOR AVALOS, ETANO

Plaintiff(s)

- against -

Index # 10 CV 7894 (PATTERSON)

STAR STAFFING, ETAL

Purchased October 15, 2010

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 25, 2010 at 01:00 PM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within SUMMONS AND COMPLAINT on HYATT CORPORATION therein named,

SECRETARY OF STATE: a Foreign corporation by delivering two true copies to CHAD MATICE, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said summons as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under Section 306 of the Business Corporation Law and tendering the required fee.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK | 30 | 6'2 | 215 |

Sworn to me on: October 27, 2010

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2014

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified in New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

STEVEN C. AVERY

Invoice #: 519079

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: PELTON & ASSOCIATES, P.C.
ATTN: VICTORIA GLAVIN

HECTOR AVALOS, ETANO

Plaintiff(s)

Index # 10 CV 7894 (PATTERSON)

- against -

Purchased October 15, 2010

STAR STAFFING, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 25, 2010 at 01:00 PM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within SUMMONS AND COMPLAINT on HYATT CORPORATION therein named.

SECRETARY OF STATE   a Foreign corporation by delivering two true copies to CHAD MATICE, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said summons as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under Section 306 of the Business Corporation Law and tendering the required fee.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK | 30 | 6'2 | 215 |

Sworn to me on: October 27, 2010

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2014

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified in New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

STEVEN C. AVERY

Invoice #: 519079

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728