Patterson, J

12/14/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

HECTOR AVALOS and MAYI SANTOS, Individually
and on Behalf of All Others Similarly Situated,

                                  Plaintiffs,

- against -

STAR STAFFING, WALKER RESOURCES, INC.,
HYATT CORPORATION, GEORGE RIZZO,
STEPHEN BLUE, GEORGE BERGMAN, KEN
HALL, MIKE WALKER, RON ROSS and MILTON J.
WEIL, Jointly and Severally,

                                  Defendants.

------------------------------------------------------------- X

10 Civ. 7894 (RPP)

STIPULATION AND
ORDER EXTENDING
TIME TO ANSWER

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Plaintiffs and attorneys Defendants that:

1.    Defendants' time to answer or otherwise move with respect to the complaint in the above-captioned action is extended to and including December 17, 2010.

Dated: New York, New York
        December 7, 2010

PELTON & ASSOCIATES, P.C.

By: _____
Brent Edward Pelton, Esq.
*Attorneys for Plaintiffs*
111 Broadway, Suite 901
New York, NY 10006
(212) 385-9700

TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT LLP

By: _____
Joel A. Klarreich, Esq.
*Attorneys for all Defendants except
Hyatt Corporation*
900 Third Avenue
New York, NY 10022
(212) 508-6700

Do.Com PDF Trial www.pdfwizard.com

SEYFARTH SHAW LLP

By: _/s/ Robert Whitman_

Robert S. Whitman, Esq.
*Attorneys for Defendant Hyatt Corporation*
620 Eighth Avenue
New York, NY 10018
(212) 218-5500

December 13, 2010
SO ORDERED:

_/s/_
United States District Judge

BC

2