Patterson, J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HECTOR AVALOS and MAYI SANTOS, Individually
and on Behalf of All Others Similarly Situated,

           Plaintiffs,

- against -

STAR STAFFING, WALKER RESOURCES, INC.,
HYATT CORPORATION, GEORGE RIZZO,
STEPHEN BLUE, GEORGE BERGMAN, KEN
HALL, MIKE WALKER, RON ROSS and MILTON J.
WEIL, Jointly and Severally,

           Defendants.

------------------------------------------------------------X

10 Civ. 7894 (RPP)

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Plaintiffs and attorneys Defendants that:

1. Defendants' time to answer or otherwise move with respect to the complaint in the above-captioned action is extended to and including January 19, 2011.

Dated: New York, New York
      January 6, 2011

PELTON & ASSOCIATES, P.C.

By: _____
   Brent Edward Pelton, Esq.
   *Attorneys for Plaintiffs*
   111 Broadway, Suite 901
   New York, NY 10000
   (212) 385-9700

TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT LLP

By: _____
   Joel A. Klarreich, Esq.
   *Attorneys for all Defendants except Hyatt Corporation*
   900 Third Avenue
   New York, NY 10022
   (212) 508-6700

SEYFARTH SHAW LLP

By: /s/ Robert Whitman
Robert S. Whitman, Esq.
*Attorneys for Defendant Hyatt Corporation*
620 Eighth Avenue
New York, NY 10018
(212) 218-5500

SO ORDERED:

/s/ Robert P. Patterson
United States District Judge

1/7/11