UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
HECTOR AVALOS and MAYI SANTOS, Individually
and on Behalf of All Others Similarly Situated,

                Plaintiffs,

    - against -

STAR STAFFING, WALKER RESOURCES, INC.,
HYATT CORPORATION, GEORGE RIZZO, STEPHEN
BLUE, GEORGE BERGMAN, KEN HALL, MIKE
WALKER, RON ROSS and MILTON J. WEIL, Jointly
and Severally,

                Defendants.
---------------------------------------------------------------- x

Index No. 10 Civ. 7894 (RPP)

**ECF CASE**

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants Star Staffing (a d/b/a of Walker Resources, Inc.), Walker Resources, Inc. (a private non-governmental party), George Rizzo, Stephen Blue, George Bergman, Ken Hall, Mike Walker, Ron Ross and Milton Weil, certifies that there are no corporate parents, affiliates and/or subsidiaries of said parties that are publicly held.

Dated: New York, New York
       January 19, 2011

                            TANNENBAUM HELPERN SYRACUSE
                                                                                                                                                                 & HIRSCHTRITT LLP

By: _____
              Andrew W. Singer, Esq.
              Joel A. Klarreich, Esq.
              Attorneys for Defendants
              900 Third Avenue
              New York, New York 10022
              (212) 508-6700