UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

HECTOR AVALOS and MAYI SANTOS,                    :
                                                  :
                    Plaintiffs,                   :
                                                  :   10 CV 7894 (RPP) (JLC)
                                                  :
             v.                                   :
                                                  :   ECF CASE
                                                  :
STAR STAFFING, WALKER RESOURCES,                  :
INC., HYATT CORPORATION, GEORGE                   :   **NOTICE OF APPEARANCE**
RIZZO, STEPHEN BLUE, GEORGE BERGMAN,              :
KEN HALL, MIKE WALKER, RON ROSS AND               :
MILTON J. WEIL,                                   :
                                                  :
                    Defendants.                   :

------------------------------------------------------------------x

        PLEASE TAKE NOTICE that Robert S. Whitman of the law firm Seyfarth Shaw

LLP hereby enters his appearance as counsel for Defendant Hyatt Corporation in the

above-captioned action.

Dated: New York, NY               Respectfully submitted,
       January 19, 2011

                                 SEYFARTH SHAW LLP


                                 By:    /s/ Robert S. Whitman
                                       Robert S. Whitman

                                 620 Eighth Avenue
                                 New York, New York 10018
                                 ph:  (212) 218-5629
                                 fax:  (917) 344-1258
                                 rwhitman@seyfarth.com

                                 Attorneys for Defendant Hyatt Corporation

13056726v.1