UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
HECTOR AVALOS and MAYI SANTOS,                  :
                                                :
                Plaintiffs,                     :
                                                :   10 CV 7894 (RPP) (JLC)
        v.                                      :
                                                :   ECF CASE
STAR STAFFING, WALKER RESOURCES,                :
INC., HYATT CORPORATION, GEORGE                 :   **RULE 7.1 STATEMENT OF**
RIZZO, STEPHEN BLUE, GEORGE BERGMAN,            :   **HYATT CORPORATION**
KEN HALL, MIKE WALKER, RON ROSS AND             :
MILTON J. WEIL,                                 :
                                                :
                Defendants.                     :
-----------------------------------------------------------------x

       Pursuant to Fed. R. Civ. P. 7.1, Defendant Hyatt Corporation states that it is wholly owned by Hyatt Hotels Corporation, which is publicly traded.  No publicly-held corporation owns 10% or more of Hyatt Hotels Corporation's stock.

Dated: New York, NY               Respectfully submitted,
       January 19, 2011

                                        SEYFARTH SHAW LLP

                                        By:   /s/ Robert S. Whitman
                                                 Robert S. Whitman

                                        620 Eighth Avenue
                                        New York, New York 10018
                                        ph:  (212) 218-5629
                                        fax: (917) 344-1258
                                        rwhitman@seyfarth.com

                                        Attorneys for Defendant Hyatt Corporation

13056724v.2