UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AVALOS
                                   Plaintiff(s)

- against -

STAR STAFFING
                                  Defendant(s)

10 CV 7894 (RPP)

**SCHEDULING ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/20/11

PATTERSON, D.J.

1. This action is referred to Magistrate Judge **COTT** for **SETTLEMENT** after a case management conference.

2. This action is referred for mediation: _____ Yes _____ No.

3. Amend the pleadings by _____.

4. Medical Authorizations by _____.

5. Rule (26) compliance by **3/1/11**.

6. Plaintiff experts' reports to be served by _____.

7. Defendant experts' reports to be served by _____.

8. Experts' depositions to be completed by _____.

9. All discovery to be completed by **9/30/11**.

10. All fact discovery to be completed by _____.

11. Dispositive motions by _____, Answer by _____, Reply by _____.

12. If no dispositive motion, pretrial order to be filed by **10/21/11**.

13. Trial date is scheduled for **11/14/11** at **9:30am**.

14. Settlement conference with parties & counsel to be held on _____ at _____.

15. Pretrial conference is scheduled for _____ at _____.

Dated: New York, New York
January 20, 2011

SO ORDERED.

ROBERT P. PATTERSON, JR.
U.S.D.J.