# MEMORANDUM

Chambers of James L. Cott
U.S. Magistrate Judge

TO: Docketing Supervisor
District Judge Robert P. Patterson

FROM: Magistrate Judge James L. Cott

DATE: March 14, 2011

**MEMO ENDORSED**

RE: <u>Avalos et al., v. Star Staffing et al.,</u>
10 Civ. 7894 (RPP)(JLC)

    I hereby close the above Order of Reference for magistrate judge statistical purposes.

    Reason: On March 11, 2011 I held a settlement conference, following which a settlement was reached.

/s/ James L. Cott

*Application granted. The parties having reached a settlement, a stipulation of dismissal or stipulation of judgment shall be filed by March 28, 2011. So ordered.*

/s/ Robert P. Patterson, USDJ
3/17/11

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/11