# PELTON & ASSOCIATES, PC

ATTORNEYS AT LAW

111 BROADWAY, SUITE 901, NEW YORK, NY 10006
PHONE: (212) 385-9700 | FAX: (212) 385-0800 | WEBSITE: www.peltonlaw.com

**BRENT E. PELTON**
(212) 385-9700
E-MAIL: pelton@peltonlaw.com

March 28, 2011

FILE NO.
1372-01

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/28/11

VIA FACSIMILE
(212) 805-0238

Honorable Robert P. Patterson, Jr.
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *Avalos v. Star Staffing, et al.* (10-cv-7894)(RPP)(JLC)

Dear Judge Patterson:

This firm represents plaintiffs in the above-referenced matter. This letter is being sent with the consent of all parties to this action. The parties appeared before the Honorable James L. Cott for a settlement conference on March 11, 2011, and entered a settlement onto the record. On March 17, 2011, Your Honor issued an order requiring the parties submit a stipulation of discontinuance to the Court by March 28, 2011. The parties have exchanged drafts of the settlement agreement, but have not yet obtained an executed copy of the final settlement agreement. The parties are working diligently to finalize the agreement and jointly request an additional 10 days in which to submit the stipulation of dismissal with the Court.

We thank you for your attention to this matter. Please feel free to contact the undersigned at (212) 385-9700 should you have any questions regarding the enclosed.

Respectfully submitted,

Brent E. Pelton

Brent E. Pelton of
PELTON & ASSOCIATES, PC

cc: defense counsel (via email)

*[Handwritten notation:]* Application Granted. Settlement Agreement to be filed by April 8, 2011. So ordered. 3/28/11 /s/ Robert P. Patterson USDJ