# PELTON & ASSOCIATES, PC

ATTORNEYS AT LAW

111 BROADWAY, SUITE 901, NEW YORK, NY 10006
PHONE: (212) 385-9700 | FAX: (212) 385-0800 | WEBSITE: www.peltonlaw.com

*MEMO ENDORSED*

**BRENT E. PELTON**
(212) 385-9700
E-MAIL: pelton@peltonlaw.com

April 8, 2011



FILE NO.

VIA FACSIMILE
(212) 805-7917

Honorable Robert P. Patterson, Jr.
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/8/11

Re: *Avalos v. Star Staffing, et al.* (10-cv-7894)(RPP)(JLC)

Dear Judge Patterson:

    This firm represents plaintiffs in the above-referenced matter. This letter is being sent with the consent of all parties to this action. As you may recall, the parties appeared before the Honorable James L. Cott for a settlement conference on March 11, 2011, and entered a settlement onto the record. Your Honor issued an order requiring the parties submit a stipulation of discontinuance with the Court by April 8, 2011. The parties have encountered an unexpected delay, and request one additional week in which to submit the stipulation of dismissal with the Court.

    We thank you for your attention to this matter. Please feel free to contact the undersigned at (212) 385-9700 should you have any questions regarding the enclosed.

Respectfully submitted,

/s/ Brent E. Pelton

Brent E. Pelton of
PELTON & ASSOCIATES, PC

*[handwritten endorsement: approved 4/8/11]*

cc: defense counsel (via email)