Case 1:10-cv-07894-RPP    Document 26    Filed 04/15/11    Page 1 of 2
516 883 4009

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **HECTOR AVALOS and MAYI SANTOS,** Individually and on Behalf of All Others, Similarly Situated, | |
| **Plaintiffs,** | ECF |
| -against- | 2010 CV 7894 (RPP)(JLC) |
| **STAR STAFFING, WALKER RESOURCES, INC., HYATT CORPORATION, GEORGE RIZZO, STEPHEN BLUE, GEORGE BERGMAN, KEN HALL, MIKE WALKER, RON ROSS and MILTON J. WEIL,** Jointly and Severally, | |
| **Defendants.** | |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs Hector Avalos, Mayi Santos, Edison Dutruel, Orlando Garces, Daniel Berke, Karla Seaman and Lilian Castell ("Plaintiffs"), and Defendants Star Staffing, Walker Resources, Inc., Hyatt Hotels Corporation, George Rizzo, Stephen Blue, George Bergman, Ken Hall, Mike Walker, Ron Ross and Milton J. Weil ("Defendants"), that all of Plaintiffs' claims against Defendants in the Complaint in the above-captioned action are dismissed, _with prejudice_, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  The Parties further agree that the Court will retain jurisdiction of this matter for the sole purpose of enforcing the Settlement Agreement.  Each Party shall bear his/her/its own costs and attorneys' fees.

Dated: March ___, 2011

Attorneys for Defendants

TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT LLP

By: _____
    Andrew Singer
    900 Third Avenue
    New York, NY 10022
    Phone (212) 508-6723
    Fax: (212) 937-5261
    singer@thsh.com

SEYFARTH SHAW LLP

By: _____
    Robert S. Whitman
    620 Eighth Ave.
    New York, NY 10018-1405
    Phone: (212) 218-5629
    Fax: (917) 344-1258
    rwhitman@seyfarth.com

Attorneys for Plaintiffs
PELTON & ASSOCIATES, PC

By: _____
    Brent Pelton
    111 Broadway, 9th Floor
    New York, New York 10006
    Phone: (212) 385-9700
    Fax: (212) 385-0800
    pelton@peltonlaw.com

SO ORDERED:

_____
Hon. Robert P. Patterson, U.S.D.J.