04/15/2011 12:23 FAX 12123710485  TANNENBAUM  @0002/0003
Case 1:10-cv-07894-RPP   Document 27   Filed 04/18/11   Page 1 of 2
Apr 14 11 09:49p   Whitman   516 883 4009   p.2
Case 1:10-cv-07894-RPP   Document 26   Filed 04/15/11   Page 1 of 2

**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/11
```

HECTOR AVALOS and MAYI SANTOS,
Individually and on Behalf of All Others,
Similarly Situated,

               Plaintiffs,

-against-

STAR STAFFING, WALKER
RESOURCES, INC., HYATT
CORPORATION, GEORGE RIZZO,
STEPHEN BLUE, GEORGE BERGMAN,
KEN HALL, MIKE WALKER, RON ROSS
and MILTON J. WEIL, Jointly and
Severally,

               Defendants.

ECF

2010 CV 7894 (RPP)(JLC)

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs Hector Avalos, Mayi Santos, Edison Dutruel, Orlando Garces, Daniel Berke, Karla Seaman and Lilian Castell ("Plaintiffs"), and Defendants Star Staffing, Walker Resources, Inc., Hyatt Hotels Corporation, George Rizzo, Stephen Blue, George Bergman, Ken Hall, Mike Walker, Ron Ross and Milton J. Weil ("Defendants"), that all of Plaintiffs' claims against Defendants in the Complaint in the above-captioned action are dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The Parties further agree that the Court will retain jurisdiction of this matter for the sole purpose of enforcing the Settlement Agreement. Each Party shall bear his/her/its own costs and attorneys' fees.

Case 1:10-cv-07894-RPP   Document 27   Filed 04/18/11   Page 2 of 2
04/15/2011 12:23 FAX 2123710495   TANNENBAUM   ⌀0003/0003
Case 1:10-cv-07894-RPP   Document 26   Filed 04/15/11   Page 2 of 2
Apr 14 11 09:49p   Whitman   516 883 4009   p.3

Dated: March __, 2011

Attorneys for Defendants

TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT LLP

By: _____
Andrew Singer
900 Third Avenue
New York, NY 10022
Phone: (212) 508-6723
Fax: (212) 937-5261
singer@thsh.com

SEYFARTH SHAW LLP

By: _____
Robert S. Whitman
620 Eighth Ave.
New York, NY 10018-1405
Phone: (212) 218-5629
Fax: (917) 344-1258
rwhitman@seyfarth.com

Attorneys for Plaintiffs
PELTON & ASSOCIATES, PC

By: _____
Brent Pelton
111 Broadway, 9th Floor
New York, New York 10006
Phone: (212) 385-9700
Fax: (212) 385-0800
pelton@peltonlaw.com

April 18, 2011
SO ORDERED:
_____
Hon. Robert P. Patterson, U.S.D.J.